## PEOPLE, Respondent, v. MARVIN SELLERS, Appellant.

### No. 1153; September 22, 1856.

**Indictment—Motion to Quash.—After Pleading to an Indictment** it is too late to move to quash it.

**Verdict—Impeachment—Age of Juror.—An Affidavit** by a juror that he is over sixty years of age is inadmissible to impeach his verdict.

APPEAL from Santa Cruz County.

Attorney General for respondent; John H. Watson for appellant.

MURRAY, C. J.—This appeal is frivolous. The motion to quash should have been made before the accused plead to the indictment. The affidavit of the juror that he was over sixty years of age was inadmissible to impeach or destroy his own verdict.

Judgment affirmed.

I concur: Terry, J.